**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-25-00023-CV

————————————————

### ERIC MOORE, Appellant

### V.

### COLONNADES HEALTH CARE LTD CO D/B/A THE COLONNADES AT REFLECTIOM BAY; AND CANTEX HEALTH CARE CENTERS II LLC, Appellees

---

On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Case No. 127085-CV

---

## MEMORANDUM OPINION

Appellant, Eric Moore, has filed his notice of appeal on January 13, 2025.

Appellant did not pay the appellate filing fee or establish indigence for purposes of

appellate costs.  *See* TEX. R. APP. P. 5, 20.1.  The Clerk of this Court notified appellant that unless he paid the appellate filing fee by March 7, 2025, his appeal could be dismissed.  *See* TEX. R. APP. P. 42.3(b).  To date, appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Appellant also failed to pay, or make arrangements to pay, the fee for preparing the clerk's record.  *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1.  We notified appellant that his appeal could be dismissed for want of prosecution if the clerk's record was not filed.  *See* TEX. R. APP. P. 37.3(a), (b).  We directed appellant to submit written evidence from the trial court clerk by March 20, 2025, reflecting he paid, or made arrangements to pay, the fee for preparing the clerk's record.  To date, appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

2